UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANNY LEE CALDWELL, JR. | CIVIL ACTION |
| VERSUS | NO. 06-10695 |
| SUE HOLIDAY, WARDEN | SECTION "N"(6) |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections filed by the plaintiff on September 3, 2009 to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Danny Lee Caldwell for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this ___ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE